IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Gregory A. Slachta, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 9:03-3130-23 |
| ) | |
| Reliance Standard Life Insurance ) | |
| Company, Tenet Employee Benefit ) | **ORDER** |
| Plan, Group Long Term Disability ) | |
| Insurance and Tenet Benefits ) | |
| Administration Committee, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On June 8, 2006, this Court issued an order dismissing Plaintiff's Rule 59(e) motion to alter or amend this Court's May 17, 2006 Order. The Court has now determined that this Order was issued in error, as Plaintiff filed his Rule 59(e) motion on Thursday, June 1, 2006, within the statutory ten-day period for filing such a motion, and not on June 2, 2006 as incorrectly stated in this Court's June 8, 2006 Order.

**IT IS THEREFORE ORDERED** that this Court's Order filed on June 8, 2006 dismissing Plaintiff's Rule 59(e) motion in the above named matter is herewith vacated, and the Court will consider said motion on its merits.

**AND IT IS SO ORDERED**.

_____
PATRICK MICHAEL DUFFY
United States District Judge

June 8, 2006
Charleston, South Carolina